# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 601 MAL 2018
         : 
         Respondent    : 
         :    Petition for Allowance of Appeal from
         :    the Order of the Superior Court
         v.         : 
         : 
         : 
NELSON RIVERA JR.,       : 
         : 
         Petitioner    : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of December, 2018, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

> Where a prosecutor's conduct causes a mistrial, and a defendant subsequently moves to bar retrial on double jeopardy grounds, what standard of review should a reviewing court apply to the trial court's factual finding regarding the prosecutor's intent?